## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1059 |
| | § | |
| | § | |
| CATHOLIC SOCIETY OF RELIGIOUS | § | |
| and LITERARY EDUCATION, d/b/a, | § | |
| JESUITS OF THE NEW ORLEANS | § | |
| PROVINCE, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with this court's Memorandum and Order issued today, this case is dismissed with prejudice. This is a final judgment.

SIGNED on January 22, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge